IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Rachel Cross,

        Plaintiff,

vs.

Experian Information Solutions, Inc.,

        Defendant.

**No. CV16-0311-PHX DGC**

**ORDER**

Pursuant to the parties' Stipulation for Dismissal.  Doc. 15.

**IT IS ORDERED** that the stipulation (Doc. 15) is **granted.**  This action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 29th day of March, 2016.

David G. Campbell
United States District Judge